# UNITED STATES DISTRICT COURT
## District of Minnesota

Melissa McIntyre

V.

Walgreen Co. dba Walgreens

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-569 PAM/JJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

| July 13, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)          A. Linner   Deputy Clerk |